UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| POPLAR BLUFF, City of, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:10CV00023 SNLJ |
| MISSOURI JOINT MUNICIPAL ELECTRIC UTILITY COMMISSION, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's "Emergency Motion for Immediate Temporary Restraining Order." Conference call held with the Court and counsel for plaintiff and defendants participating. With counsel's agreement, and with the understanding that the parties will take no action pertaining to the merits of the case except by their mutual agreement, the Court will postpone its consideration of the Temporary Restraining Order until the Court determines whether it has jurisdiction to proceed.

On plaintiff's representation that it intends to file forthwith a motion for remand to state court, the following scheduling order is entered: Plaintiff shall file its motion for remand on or before, Friday, February 12, 2010; defendants may file a response in opposition by Friday, February 26, 2010; and plaintiff may file any reply by Friday, March 5, 2010.

In addition, on the Court's own motion, and with the agreement of counsel for all parties, this case is consolidated with a companion case, City of Kennett v. Missouri Joint Municipal Electric Utility Commission, et al., Case No. 1:10-cv-00022, all future pleadings should be filed under 1:10-cv-00022.

SO ORDERED this 8th day of February, 2010.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE